### FIELDS V. HARGRAVES.
(Decided Nov. 28, 1911.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. A. O. LANE.

H. K. WHITE, for appellant.  D. J. FLUMMER, for appellee.

Per curiam.  Affirmed on certificate.

---

### GAYLE V. CITY OF BIRMINGHAM.
(Decided Nov. 28, 1911.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. A. O. LANE.

GASTON & PETTUS, for appellant.  ROMAINE BOYD, for appellee.

Per curiam.  Dismissed for want of prosecution.

---

### GRAND LODGE UNITED BRETHREN, ETC. V. PHILLIPS.
(Decided Nov. 30, 1911.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROW.

No counsel marked for appellant.  G. M. EDWARDS, for appellee.

Per curiam.  Affirmed on certificate.

---

### HEAD V. THE STATE.
(Decided June 7, 1911.)

APPEAL from Circuit Court Pike County.

Heard before Hon. H. A. PEARCE.

W. E. GRIFFIN, for appellant.  R. C. BRICKELL, Attorney General, for the State.

WALKER, P. J.  The cause is reversed generally.